JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAKURA FINETEK USA, INC. | ) Case No. CV-08-6400 –VBF (VBKx) |
| Plaintiffs, | ) |
| v. | ) [~~PROPOSED~~] **ORDER RE** |
| | ) **DISMISSAL** |
| QUICKMBED LLC, LTD, a Maryland corporation, and STEPHEN D. NIGHTINGALE, | ) |
| Defendants. | ) |

Good cause appearing therefore, this case is hereby dismissed.

Dated: __July 6__, 2009

*[signature: Valerie Baker Fairbank]*

VALERIE BAKER FAIRBANK
United States District Court Judge

Prepared by:

Willmore F. Holbrow, III (SB#. 169688)
William Thomas Babbitt (SB #163464)
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel: (310) 207-3800
Fax: (310) 820-5988
Attorneys for Plaintiff

1